UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20506-Civ-COOKE/DAMIAN

REGINO RODRIGUEZ,

     Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

     Defendant.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Melissa Damian's Report and Recommendation (the "Report") (ECF No. 66) on Defendant's Motion for Attorney's Fees and Costs (ECF No. 63). The underlying Motion was referred to Judge Damian on November 29, 2022. *See* ECF No. 65. In her Report, Judge Damian recommends that the Court grant Defendant's Motion for Attorney's Fees and Costs and award Defendant $42,242 in attorney's fees and $3,683.50 in taxable costs, with post-judgment interest on the taxable costs accruing from the date of the final judgment. The parties have not filed objections to Judge Damian's Report, and the time to do so has passed.

The Court has reviewed the Report and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS AND ADOPTS** Judge Damian's Report (ECF No. 66). It is hereby **ORDERED AND ADJUDGED** that Defendant's Motion for Attorney's Fees and Costs (ECF No. 63) is **GRANTED**. The Court **AWARDS** Defendant **$42,242** in attorney's fees and **$3,683.50** in taxable costs, with post-judgment interest on the taxable costs accruing from the date of the

final judgment.  The Court will issue a separate final judgment.

**DONE AND ORDERED** in Chambers, in Miami, Florida this 22nd day of December, 2022.

_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT COURT JUDGE**
**For Marcia G. Cooke, U.S. District Judge**

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*

2